## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **Case No. 23-cr-044-RJL** |
| **REFUGIO VERONICA** | * | |
| **QUINTERO MORENO** | * | |
| | * | |
| **Defendant.** | * | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Refugio Veronica Quintero Moreno, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., hereby moves this Honorable Court to modify her conditions of release to designate her mother, Rosario Delgadillo, as her third-party custodian. In support of this Motion, counsel states as follows:

1.      On March 3, 2023, this Court issued an Order setting conditions of release for Ms. Quintero Moreno. (Order, ECF No. 39.) Under her conditions of release, Ms. Quintero Moreno is to reside with her mother-in-law, Maria Tapia, in the District of Arizona. Ms. Quintero Moreno is also subject to home detention with limited exceptions.

2.      Ms. Quintero Moreno has remained fully compliant with her conditions of release.

1

3.      On July 3, 2023, Ms. Quintero Moreno appeared before the Court for a change of plea hearing. At the conclusion of that proceeding, the Court continued Ms. Quintero Moreno on conditions of release. Sentencing is set for November 15, 2023.

4.      Ms. Quintero Moreno is currently going through divorce proceedings. Accordingly, she is unable to remain in Ms. Tapia's home. *See* Pretrial Services Compliance Report of May 25, 2023, ECF No. 65 at 3-4.

5.      At this time, Ms. Quintero Moreno respectfully requests that this Court designate her mother, Rosario Delgadillo, as her third-party custodian and permit her to reside with Ms. Delgadillo at Ms. Delgadillo's home in Nogales, Arizona. Ms. Quintero Moreno does not request any further modifications of her conditions of release.

6.      The undersigned counsel has provided Ms. Delgadillo's name, age, and address to United States Pretrial Services Officer Shania Fennell, who has indicated that Ms. Delgadillo is a suitable third-party custodian.

7.      This Motion is unopposed. Undersigned counsel contacted counsel for the Government, who have indicated that the United States does not oppose this request.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court designate her mother Rosario Delgadillo as her third-party

custodian, with all other conditions of release to remain the same.

Respectfully submitted,

/s/

_____

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2023, a copy of the foregoing was sent

to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____

Michael E. Lawlor